FILED

1   Rafael G. Nendel-Flores, Bar No. 223358      2013 NOV 21  PM 3: 56
    rafael.nendelflores@ogletreedeakins.com
2   Allison Eckstrom, Bar No. 217255       CLERK U.S. DISTRICT COURT
    allison.eckstrom@ogletreedeakins.com      CENTRAL DIST. OF CALIF.
3   Lara C. de Leon, Bar No. 270252          LOS ANGELES
    lara.deleon@ogletreedeakins.com        BY: _____
4   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    Park Tower, Suite 1500
5   695 Town Center Drive
    Costa Mesa, CA  92626
6   Telephone:  714.800.7900
    Facsimile:   714.754.1298

7

8   Attorneys for Defendant CROSSMARK, INC.

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12   GAYLE SMITH, an individually, and on   Case No. CaseNumber CV13-08624-R
    behalf of other members of the general              (VBKx)
13   public similarly situated,

14          Plaintiff,         DEFENDANT CROSSMARK, INC.'S
                         NOTICE OF RELATED CASES
15      vs.                   [L.R. 83-1.3]

16   CROSSMARK, INC., a Delaware
    Corporation, and DOES 1-10, inclusive,   Action Filed:     October 9, 2013
17                            Date Removed:  November 21, 2013
         Defendant.           Trial Date:       None Set

18

19

20

21

22

23

24

25

26

27

28

                                1
          DEFENDANT CROSSMARK, INC.'S NOTICE OF RELATED CASES


COPY

1  The undersigned counsel of record for defendant CROSSMARK, Inc.

2  ("CROSSMARK") certifies that a previously filed putative class action lawsuit

3  entitled *Mitchell v. CROSSMARK, Inc. et. al*, Case No. CV 11- 2818-JAK (FMOx)

4  involved substantive claims and time periods that overlap with the claims and tiem

5  periods at issue in the instant lawsuit.   The foregoing matter was settled on

6  June 25, 2012.

7  CROSSMARK is not aware of any other actions actions previously filed or

8  currently pending in the Central District of California or any other court, that,

9  together with the instant action, arise from or involve the same or closely related

10  transactions, happenings or events, or call for determination of the same or

11  substantially related or similar questions of law and fact, or will entail substantial

12  duplication of labor if heard by different judges.

13

14  DATED:  November 21, 2013

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

15

16

17  By: _____

Rafael G. Nendel-Flores
18  Allison Eckstrom
Lara C. de Leon

19

20  Attorneys for Defendant CROSSMARK,
INC.

21

22

23

24

25

26

27

28

2

DEFENDANT CROSSMARK, INC.'S NOTICE OF RELATED CASES

**CERTIFICATE OF SERVICE**

*Gayle Smith v. Crossmark, Inc., et al.*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On November 21, 2013, I served the following document(s):

**DEFENDANT CROSSMARK, INC.'S NOTICE OF RELATED CASES**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

Shawn C. Westrick
Timothy P. Hennessy
KAWAHITO SHRAGA & WESTRICK LLP
1990 S. Bundy Drive, Suite 280
Los Angeles, CA 90025
Telephone:  (310) 746-5300
Facsimile:  (310) 593-2520

*Attorneys for Plaintiff*
GAYLE SMITH

Email:
swestrick@kswlawyers.com
thennessy@kswlawyers.com

☒    **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.   I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 21, 2013, at Costa Mesa, CA.

Diane Vo
Type or Print Name                                                     Signature

DEFENDANT CROSSMARK, INC.'S NOTICE OF REMOVAL